# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–1 | User: admin | Date Created: 10/05/2016 |
| Case: 1–16–42816–cec | Form ID: 318DF7 | Total: 24 |

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson     anisselson@windelsmarx.com
aty     Kevin B Zazzera     kzazz007@yahoo.com

                                                                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Randye S. Ericson     57 Trantor Pl     Staten Island, NY 10302–1902
smg     NYS Department of Taxation & Finance     Bankruptcy Unit     PO Box 5300     Albany, NY 12205
smg     NYC Department of Finance     345 Adams Street     Office of Legal Affairs     Brooklyn, NY 11201–3719
smg     NYS Unemployment Insurance     Attn: Insolvency Unit     Bldg. #12, Room 256     Albany, NY 12240
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
8823761     Amex     Correspondence     PO Box 981540     El Paso, TX 79998–1540
8823762     Amex     PO Box 297871     Fort Lauderdale, FL 33329–7871
8823763     Bank of America     NC4–105–03–14     PO Box 26012     Greensboro, NC 27420–6012
8823764     Barclays Bank Delaware     PO Box 8801     Wilmington, DE 19899–8801
8823765     Barclays Bank Delaware     PO Box 8803     Wilmington, DE 19899–8803
8823766     Bk of Amer     PO Box 982238     El Paso, TX 79998–2238
8823767     Chase     Attn: Correspondence Dept     PO Box 15298     Wilmington, DE 19850–5298
8823768     Chase Card     PO Box 15298     Wilmington, DE 19850–5298
8823769     Citi     PO Box 6241     Sioux Falls, SD 57117–6241
8823770     Citibank/Best Buy     Centralized Bankruptcy/CitiCorp Credit S     PO Box 790040     Saint Louis, MO 63179–0040
8823771     Discover Fin Svcs LLC     PO Box 15316     Wilmington, DE 19850–5316
8823772     Discover Financial     Attn: Bankruptcy     PO Box 3025     New Albany, OH 43054–3025
8823773     Hsbc Bank     95 Washington St     Buffalo, NY 14203–3006
8850056     Synchrony Bank     c/o Recovery Management Systems Corp.     25 S.E. 2nd Avenue, Suite 1120     Miami, FL 33131–1605
8823774     US Bank     4325 17th Ave S     Fargo, ND 58125–6200
8823775     Vnb– Loan Services Inc     747 Chestnut Ridge Rd     Chestnut Ridge, NY 10977–6224
8823776     Vnb/Loan Svs     PO Box 1015     Spring Valley, NY 10977–0815

                                                                                                                                 TOTAL: 22