```
                              United States Bankruptcy Court
                               Eastern District of New York

In re:                                                              Case No. 16-42816-cec
Randye S. Ericson                                                   Chapter 7
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0207-1           User: admin                 Page 1 of 2          Date Rcvd: Oct 05, 2016
                               Form ID: 318DF7             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db              Randye S. Ericson,    57 Trantor Pl,    Staten Island, NY 10302-1902
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
8823770         Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    PO Box 790040,
                 Saint Louis, MO 63179-0040
8823775         Vnb- Loan Services Inc,    747 Chestnut Ridge Rd,    Chestnut Ridge, NY 10977-6224
8823776         Vnb/Loan Svs,    PO Box 1015,    Spring Valley, NY 10977-0815

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 05 2016 18:22:10
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 05 2016 18:21:17
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
8823761         EDI: AMEREXPR.COM Oct 05 2016 18:18:00      Amex,    Correspondence,    PO Box 981540,
                 El Paso, TX 79998-1540
8823762         EDI: AMEREXPR.COM Oct 05 2016 18:18:00      Amex,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
8823766         EDI: BANKAMER.COM Oct 05 2016 18:18:00      Bk of Amer,    PO Box 982238,
                 El Paso, TX 79998-2238
8823763         EDI: BANKAMER.COM Oct 05 2016 18:18:00      Bank of America,    NC4-105-03-14,    PO Box 26012,
                 Greensboro, NC 27420-6012
8823764         EDI: TSYS2.COM Oct 05 2016 18:18:00      Barclays Bank Delaware,    PO Box 8801,
                 Wilmington, DE 19899-8801
8823765         EDI: TSYS2.COM Oct 05 2016 18:18:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE 19899-8803
8823767         EDI: CHASE.COM Oct 05 2016 18:23:00      Chase,    Attn: Correspondence Dept,    PO Box 15298,
                 Wilmington, DE 19850-5298
8823768         EDI: CHASE.COM Oct 05 2016 18:23:00      Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
8823769         EDI: CITICORP.COM Oct 05 2016 18:18:00      Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
8823771         EDI: DISCOVER.COM Oct 05 2016 18:18:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
8823772         EDI: DISCOVER.COM Oct 05 2016 18:18:00      Discover Financial,    Attn: Bankruptcy,
                 PO Box 3025,    New Albany, OH 43054-3025
8823773         EDI: HFC.COM Oct 05 2016 18:18:00      Hsbc Bank,    95 Washington St,    Buffalo, NY 14203-3006
8850056         EDI: RMSC.COM Oct 05 2016 18:18:00      Synchrony Bank,    c/o Recovery Management Systems Corp.,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8823774         EDI: USBANKARS.COM Oct 05 2016 18:18:00      US Bank,    4325 17th Ave S,    Fargo, ND 58125-6200
                                                                                                TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0207-1           User: admin              Page 2 of 2             Date Rcvd: Oct 05, 2016
                               Form ID: 318DF7          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Alan   Nisselson    anisselson@windelsmarx.com,
               theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Kevin B Zazzera    on behalf of Debtor Randye S. Ericson kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randye S. Ericson** | Social Security number or ITIN    **xxx–xx–1825** |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271–C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201–1800 | | |
| Case number:    **1–16–42816–cec** | | Chapter:    **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

    Randye S. Ericson

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s) and the bond is cancelled.
- The Chapter 7 case of the above–named debtor(s) is closed.

                                      **BY THE COURT**

Dated: October 5, 2016                      s/ Carla E. Craig
                                                    United States Bankruptcy Judge

                **SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**